**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:19-cr-179-MOC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ANTONIO DEVON WEEKS,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 52).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: April 8, 2022

Max O. Cogburn Jr.
United States District Judge